UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS JOHN VICE,

    Plaintiff,

v.                                          Case No. 3:25cv2303-LC-HTC

ARAMARK CORP., et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 25, 2025 (ECF No. 6), recommending that this case be dismissed without prejudice. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE under this Court's inherent power for Plaintiff's failure to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 20th day of January, 2026.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv2303-LC-HTC